In re The Matter of Vanden Colby ZWARTS, a Minor Child by and through his Next Friend Brian ZWARTS; Brian Zwarts, Appellant,

v.

**Emerald WITMER (n/k/a Borden), Respondent.**

**No. WD 77168.**

Missouri Court of Appeals,
Western District.

July 22, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2014.

Jonathan Sternberg, Kansas City, MO, for Appellant.

Christen Shepherd, Kansas City, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM:

Mr. Brian Zwarts appeals the trial court's modification judgment granting

Ms. Emerald Borden sole legal custody of their minor child.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).